ERIC GRANT
United States Attorney
JUSTIN J. GILIO
CODY S. CHAPPLE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>JOSE GALAN LOPEZ,<br><br>                    Defendant. | CASE NO.  1:24-CR-00128-JLT-SKO<br><br>STIPULATION TO SET CHANGE OF PLEA HEARING<br><br>COURT: Hon. Stanley A. Boone |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      The case is set for a status conference on May 6, 2026, in front of the Honorable Stanley A. Boone, U.S. Magistrate Court Judge.  The parties wish to set the case for a change of plea hearing before the Honorable Jennifer L. Thurston on April 27, 2026.  Time is already excluded beyond that date.

2.      Defense counsel has informed the government that Mr. Galan Lopez has signed a plea agreement and defense counsel is waiting for it to arrive in the mail.  The parties will file the plea agreement at least 1 week before the change of plea hearing.

1

Dated:  April 3, 2026

ERIC GRANT
United States Attorney


/s/ JUSTIN J. GILIO
JUSTIN J. GILIO
Assistant United States Attorney

Dated:  April 3, 2026

/s/ Mark Broughton
Mark Broughton
Counsel for Defendant
Jose Galan Lopez


**ORDER**

For the reasons explained above, the Court vacates the status conference on May 6, 2026, and sets the case for a change of plea hearing before the Honorable Jennifer L. Thurston at 9:00 a.m. on April 27, 2026.  The parties SHALL file a plea agreement at least 1 week before the change of plea hearing.  The defendant is ordered to appear.

IT IS SO ORDERED.

Dated:   **April 22, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2